THE STATE v. HARTZELL, Plaintiff in Error.

Division Two, November 22, 1904.

Error to Buchanan Criminal Court.—*Hon. B. J. Casteel,* Judge.

AFFIRMED. •

FOX, J.—The record in this cause presents the same questions as in the cases of State v. Rosenblatt, 185 Mo. 114, and State v. Blakely, reported at page 187 of this volume.

Adopting the views as expressed in those cases, it results in the affirmance of the judgment of the trial court in this cause, and it is so ordered. *Gantt, P. J.,* concurs; *Burgess, J.,* absent.